Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>$163,089.46 SEIZED FROM FIRST SAVINGS BANK NORTHWEST ACCOUNT NUMBER ******3208, IN THE NAME OF BEN'S LOANS,<br><br>         Defendant. | No. C13-767<br><br>CLAIM OF BEN'S LOANS, INC. |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Ben's Loans, Inc. ("Ben's Loans") hereby submits the following Claim asserting an interest in the defendant property.

**A. Identity of Property Claimed**

Ben's Loans, Inc. claims an interest in $163,089.46 seized from First Savings Bank Northwest, Account Number XXXXXX3208, which is the subject matter of this action, including any and all interest accruing thereon from the date of seizure.

CLAIM OF BEN'S LOANS, INC. - 1
Case No. C13-767

K:\0311484\00001\20279_CMW\20279P23F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

B.  **Identity of Claimant and Claimant's Interest**

Ben's Loans, Inc., a Washington corporation located at 1005 S. 2nd Street, Renton, WA 98057, is the account holder of account number XXXXX3208 and the legal owner of the $163,089.46 in seized funds, having obtained such funds through lawful business transactions.

I attest and declare under penalty of perjury foregoing Claim is true and correct.

EXECUTED this 17th day of May, 2013 at Renton, Washington.

*[Signature]* President
Ben's Loans, Inc.
By: Nancy J. Cejudo, President

CLAIM OF BEN'S LOANS, INC. - 2
Case No. C13-767

K:\0311484\00001\20279_CMW\20279P23F0

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022